BRIAN A. PAINO (CA SBN 251243)
JOSEPH C. DELMOTTE (CA 259460)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN GREGORY MAY AND CAREN SUE MAY ,<br><br>Debtors. | Case No. 2:07-bk-22329-EC<br><br>Chapter 13<br><br>AMENDED CONDITIONAL NON-OPPOSITION TO DEBTORS' MOTION FOR AUTHORITY TO SELL REAL PROPERTY |

WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB ("Respondent") as a secured creditor of the above-captioned bankruptcy estate, herby submits its conditional non-opposition to Stephen Gregory May and Caren Sue May 's ("Debtors") Motion for Authority to Sell Real Property ("Motion") based on the following:

A. The Debtors' Motion proposes to sell the real property commonly described as commonly described as 4696 Blackrock Avenue, La Verne, California 91750 ("Subject Property") for a total purchase price of $409,200.00.

B. Pursuant to the Motion, the sale proceeds will be used to pay off Respondent's lien.

/./.

/./.

/./.

/./.

C. Respondent consents to the Debtors' proposed sale, provided the court's order on the Motion entitles Respondent to receipt of the entire net proceeds of the sale of the Subject Property but not less than $351,889.00 in cash or certified funds.

Based on the foregoing, Respondent hereby submits its conditional non-opposition to the Debtors' Motion.

DATE: January 20, 2011

/s/ Joseph C. Delmotte (CA SBN 259460)
JOSEPH C. DELMOTTE
Attorney for WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

| In re: STEPHEN GREGORY MAY AND CAREN SUE MAY Debtor(s), and KATHY A. DOCKERY, Chapter 13 Trustee | CHAPTER 13<br>CASE NUMBER 2:07-BK-22329-EC |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

A true and correct copy of the foregoing document described CONDITIONAL NON-OPPOSITION TO DEBTORS' MOTION FOR AUTHORITY TO SELL REAL PROPERTY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 24, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee served pursuant to Local Bankruptcy Rule 2002-2(a) (2)

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 24, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Room 1634
Los Angeles, CA 90012-3300

Stephen Gregory May
Caren Sue May
4696 Blackrock Ave
La Verne, CA 91750

Gary Leibowitz
The Law Office of Gary Leibowitz
4050 Katella Ave Ste 201
Los Alamitos, CA 90720

Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Bank of America
PO Box 21846
Greensboro, NC 27420-1848

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____________________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 24, 2011 | Justin N. Wade | /s/ JUSTIN N. WADE |
|---|---|---|
| *Date* | *Type Name* | *Signature* |